In re Warner, Gregory; — Plaintiff(s); applying for supervisory and/remedial writs; Parish of Washington, 22nd Judicial District Court, Div. “C”, No. 91CR247615; to the Court of Appeal, First Circuit, No. KW98 0780.
Denied. La.C.Cr.P. art. 930.8; State ex rel. Glover v. State, 93-2330 (La.9/5/95), 660 So.2d 1189; State ex rel. Stepter v. Whitley, 93-2346 (La.10/13/95), 661 So.2d 480; La. C.Cr.P. art. 930.3; State ex rel. Melinie v. State, 93-1380 (La.1/12/96), 665 So.2d 1172.
MARCUS, J., not on panel.